NUMBER 13-01-870-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

LILIA ABREGO GONZALES,                                                    Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

____________________________________________________________________

 

                        On appeal from the 103rd  District Court

                                 of Cameron County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Yanez, Rodriguez, and Castillo

Opinion
Per Curiam

 

Appellant, LILIA
ABREGO GONZALES, perfected an appeal from a judgment entered by the 103rd District Court of Cameron County, Texas, in
cause number 00-09-3876-E. 
After the notice of appeal was filed, appellant filed a motion to
dismiss the appeal. 








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 16th
day of May, 2002.